[No. 18997-2-I.  Division One.  September 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN BELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03503-4, Warren Chan, J., entered August 6, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18954-9-I.  Division One.  September 28, 1987.]

EVELYN E. LESTER, ET AL, *Appellants,* v. R/L ASSOCIATES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-18000-3, Nancy A. Holman, J., entered June 10, 1986. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 18332-0-I.  Division One.  September 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROYCE CLEAMON BUSSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03608-1, James J. Dore, J., entered April 15, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Williams, JJ.